IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DALE THOMPSON, | * |
| Plaintiff, | * |
| vs. | * |
| W. W. ADAMSON, | * CASE NO. 4:06-CV-71 (CDL) |
| Defendant. | * |
| | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 22, 2007, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 16th day of April, 2007.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE